**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

| | | |
|---|---|---|
| **In Re:** | ) | |
| | ) | **Chapter 13 Proceeding** |
| **ROBERT BARTHEL, JR.** | ) | **Case No.  07-20761** |
| | ) | |
| | ) | |
| **Debtor** | ) | |

**NOTICE FOR DEPOSIT OF FUNDS**
**INTO U. S. TREASURY FUND106000**

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $5.40  into U. S. Treasury Fund 106000 for the following reasons:

1.    That the debtor herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.

2.    That Quality Door Inc. filed a proof of claim on May 8, 2007.

3.    That your Trustee attempted to make payment on said claim in March 2010 in the amount of $5.40 and said payment remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $5.40  into U.S. Treasury Fund 106000 on behalf of creditor Quality Door Inc. whose last know address was P.O. Box 1203, Valparaiso, IN 46384.

/s/ Paul R. Chael
Paul R. Chael, Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2010 service of a true and complete copy of the above and foregoing pleading or document was made electronically upon the U.S. Trustee and debtors' attorney and the debtor by U.S. Mail as set forth below.

/s/ Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

Distribution:

Robert Barthel, Jr., 5826 Carnation, Portage, IN 46368